IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fleming, Laura E

Printed: 8/5/08

Case Number: 05 B 44286
Judge: Wedoff, Eugene R
Filed: 10/5/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 19, 2008
Confirmed: December 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 35,103.00 |  |
| Secured: |  | 31,688.98 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,574.00 |
| Trustee Fee: |  | 1,840.02 |
| Other Funds: |  | 0.00 |
| Totals: | 35,103.00 | 35,103.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,574.00 | 1,574.00 |
| 2. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 38,751.58 | 26,880.20 |
| 4. | Homan Square Association | Secured | 2,987.30 | 2,566.28 |
| 5. | Select Portfolio Servicing | Secured | 15,495.00 | 2,242.50 |
| 6. | Jefferson Capital | Unsecured | 2,292.24 | 0.00 |
| 7. | Capital One | Unsecured | 1,448.88 | 0.00 |
| | | | $ 62,549.00 | $ 33,262.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 718.19 |
| 5% | 244.80 |
| 4.8% | 391.77 |
| 5.4% | 485.26 |
| | $ 1,840.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fleming, Laura E | Case Number: 05 B 44286 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/5/08 | Filed: 10/5/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

